## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Marissa Hession, being duly sworn on oath, depose and state that I have been employed as a Special Agent with the Federal Bureau of Investigation since January 6, 2019, and I am currently assigned to the Memphis Safe Task Force.

## AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation and have been since January 6, 2019. I have completed the FBI Basic Field Training Course to include specific training in how to conduct investigations. In my capacity as a Special Agent I have been involved with numerous investigations, arrests, and search warrants. I am statutorily charged with investigating violations of Federal laws, to include Bank Robbery, Interference with Commerce by Threats of Violence (Hobbs Act), the Fugitive Felon Act, Kidnapping, and other violent crime matters.

2. I am an investigative or law enforcement officer of the United States within the meaning of section 2510(7) Title 18, United States Code, and am empowered by law to conduct investigations and make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officials and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Based on the facts set forth in this affidavit, there is probable cause to believe that Montrell Dewayne Moore committed violations of **18 U.S.C. § 922(g)(1) felon in possession of a firearm.**

## STATEMENT OF PROBABLE CAUSE

3.  On October 4, 2025, members of the United States Marshals Service (USMS) were attempting to locate MOORE, for whom the USMS had an arrest warrant for Intentionally Evade Arrest in Auto. The USMS investigation led them to the address of 1661 Monsarrat Street, Memphis, TN. Upon arrival at the aforementioned address, members of the USMS knocked on the door of the residence and MOORE answered the door. While being placed in custody MOORE was asked if there were any other individuals in the residence to which he responded there were not. Two individuals then exited the residence which prompted agents to conduct a safety sweep of the residence for their own protection.

4.  During the sweep of the residence members of the USMS observed in plain view, drug-like substances located in a bedroom identified as MOORE's bedroom by Carla Starks, his grandmother and the owner of the residence. The USMS notified the command post and requested an investigative team from the Memphis Safe Task Force (MSTF) respond to the scene. Supervisory Special Agent (SSA) Ricardo Jimenez of the Federal Bureau of Investigation (FBI), who was attached to the USMS, asked STARKS for consent to search the residence for other contraband. STARKS signed a consent to search form for the residence. During the search USMS found a firearm and drug-like substances.

5.  Members of the USMS team ran MOORE through various databases and were notified MOORE was previously convicted in Mississippi of possession of a stolen firearm, which is a felony.

6.  FBI SA Marissa Hession, who is assigned to the MSTF, arrived on scene while the residence was in the process of being searched.

7. FBI SA Marissa Hession then spoke with SSA Jimenez and members of the USMS who advised SA Marissa Hession of the location of the firearm and drug-like substances found during the consent search and that MOORE was a convicted felon.

8. The firearm located in the residence in MOORE's room was further identified as follows:

   a. A Glock 19 pistol with serial number BZTA459

9. On October 7, 2025, AFT Special Agent Daniel Verhine conducted a Firearm Interstate Nexus Determination. SA Verhine determined the firearm was not manufactured in the state of Tennessee.

10. Members of the MSTF, Agents Joe Hudgins and Corey Worlds, Tennessee Bureau of Investigation (TBI), seized the firearm and the following items:

   a. 6 bags of green leaf substance

   b. 1 mushroom-like substance

   c. Digital scale

   d. Multiple ziplock baggies of green leaf substance

## CONCLUSION

11. Based on my investigation, I believe that there is probable cause to believe that Montrell Dewayne MOORE committed the criminal violations as set forth in this criminal complaint and respectfully request that the Court issue an arrest warrant.

Respectfully Submitted,

Marissa Hession
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 on October 8th, 2025.

s/Annie T. Christoff
_____
HONORABLE ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TENNESSE