## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Cr. No.   **2:25-cr-20272-SHL** |
| | ) | |
| MONTRELL MOORE, | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER DISMISSING COMPLAINT

Upon motion of the United States, it is ORDERED that the complaint in the above-styled case is hereby dismissed.

**IT SO ORDERED**, this 16th day of October, 2025.

s/Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE